AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

United States of America
v.
Jingming Chen
*Defendant*

Case No. 1:26 CR 00393

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Jingming Chen ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Marriage Fraud (18 U.S.C. § 371)

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO FOR THE

Date: 9.2.26

*Issuing officer's signature*

City and state: Cleveland, Ohio

Jody Wilson
*Printed name and title*

### Return

This warrant was received on *(date)* ______ , and the person was arrested on *(date)* ______
at *(city and state)* ______ .

Date: ______

*Arresting officer's signature*

*Printed name and title*